

# Missouri Court of Appeals
## Southern District

**OCTOBER 7, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

1.    SD33570    State of Missouri, Plaintiff-Respondent
vs.
Stanford Dwight Stucker, Defendant-Appellant